

# REHEARING DOCKET

**90–1637.** State, ex rel. Keith, v. Indus. Comm. *Franklin County*, No. 89AP–1031. Reported at 62 Ohio St.3d 139, 580 N.E.2d 433. On motion for rehearing. Rehearing denied.

MOYER, C.J., HOLMES and WRIGHT, JJ., dissent.

**90–1914.** State v. Franklin. *Hamilton County*, No. C–890028. Reported at 62 Ohio St.3d 118, 580 N.E.2d 1. On motion for rehearing. Rehearing denied.

**91–1269.** State, ex rel. May, v. Nurre. *Hamilton County*, No. C–910200. Reported at 62 Ohio St.3d 1468, 580 N.E.2d 1098. On motions for rehearing and for clarification. Motions denied.

**91–1528.** Gene Weiss Place for Fitness, Inc. v. Staskus. *Cuyahoga County*, No. 61019. Reported at 62 Ohio St.3d 1455, 579 N.E.2d 1394. On motion for rehearing. Rehearing denied.

**91–1571.** Ward v. Ohio Dept. of Adm. Serv. *Franklin County*, No. 91AP–222. Reported at 62 Ohio St.3d 1455, 579 N.E.2d 1394. On motion for rehearing. Rehearing denied.

**91–1683.** State v. Williams. *Cuyahoga County*, No. 58782. Reported at 62 Ohio St.3d 1463, 580 N.E.2d 784. On motion for rehearing. Rehearing denied.

**91–1733.** Leo G. Keffalas, Inc. v. Ohio Liquor Control Comm. *Franklin County*, No. 91AP–110. Reported at 62 Ohio St.3d 1469, 580 N.E.2d 1099. On motion for rehearing. Rehearing denied.

H. BROWN, J., dissents.

DOUGLAS, J., not participating.

**91–1762.** State v. Pusey. *Shelby County*, No. 17–90–1. Reported at 62 Ohio St.3d 1469, 580 N.E.2d 1099. On motion for rehearing. Rehearing denied.

MOYER, C.J., and H. BROWN, J., dissent.

**91–1801.** State v. Shelton. *Cuyahoga County*, No. 58737. Reported at 62 Ohio St.3d 1446, 579 N.E.2d 491. On motion for rehearing. Rehearing denied.

DOUGLAS and H. BROWN, JJ., dissent.

**91–1911.** State, ex rel. Williams, v. Seventh Dist. Court of Appeals. In Mandamus and Procedendo. Reported at 62 Ohio St.3d 1462, 580 N.E.2d 783. On motion for rehearing. Rehearing denied.

**91–2022.** State, ex rel. Vasquez, v. Zemmelman. In Mandamus. Reported at 62 Ohio St.3d 1469, 580 N.E.2d 1098. On motion for rehearing. Rehearing denied.

RESNICK, J., not participating.